UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: GLEIM, SANDRA § Case No. 11-80622
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/04/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/13/2012          By:  /s/JAMES E. STEVENS
                                                Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GLEIM, SANDRA § Case No. 11-80622
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 4,411.24 |
| *and approved disbursements of* | $ 162.17 |
| *leaving a balance on hand of* [1] | $ 4,249.07 |
| **Balance on hand:** | $ 4,249.07 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,249.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 1,102.81 | 0.00 | 1,102.81 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,102.81 |
| Remaining balance: | $ 3,146.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,146.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 3,146.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,843.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 13,115.23 | 0.00 | 900.11 |
| 2 | Capital One Bank (USA), N.A. | 10,410.01 | 0.00 | 714.44 |
| 3 | Capital One,N.A | 2,502.20 | 0.00 | 171.73 |
| 4 | GE Money Bank | 2,981.42 | 0.00 | 204.62 |
| 5 | GE Money Bank | 1,809.21 | 0.00 | 124.17 |
| 6 | GE Money Bank | 3,095.39 | 0.00 | 212.44 |
| 7 | FIA Card Services, NA/Bank of America | 11,929.80 | 0.00 | 818.75 |

|  |  | Total to be paid for timely general unsecured claims: | $ | 3,146.26 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-80622-MB
Sandra Gleim                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith            Page 1 of 2            Date Rcvd: Feb 17, 2012
                              Form ID: pdf006           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2012.
```
db          +Sandra Gleim,    10740 Chicory Ridge Way,    Roscoe, IL 61073-6314
16836214    +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
16836215    +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16836216   ++CAPITAL ONE,     PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
17360043     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
               Oklahoma City, OK  73124-8839
17392972    +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16836219    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16836220    +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16836224    +Nw Bank Rkfd,    3106 N Rockton Ave,    Rockford, IL 61103-2837
16836225    +Rosecrance,    1021 N Mulford Rd,    Rockford, IL 61107-3882
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17300191     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47    Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16836217    +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47    Discover Fin,    Po Box 6103,
               Carol Stream, IL 60197-6103
17677197     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2012 04:43:26
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
17646445     E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:29     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16836218    +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:29     Gemb/care Credit,    950 Forrer Blvd,
               Kettering, OH 45420-1469
16836221    +E-mail/PDF: cr-bankruptcy@kohls.com Feb 18 2012 04:16:00     Kohls,    Attn: Recovery Dept,
               Po Box 3120,    Milwaukee, WI 53201-3120
16836222    +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:29     Lowes / MBGA,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
16836226    +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30     Sams Club,
               Attention: Bankruptcy Department,    Po Box 105968,    Atlanta, GA 30348-5968
                                                                                              TOTAL: 8
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16836223     Nbgl Bergner
16836227     Social Security Administration
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**           **Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: lorsmith            Page 2 of 2             Date Rcvd: Feb 17, 2012
                              Form ID: pdf006           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2012 at the address(es) listed below:
              James E Stevens    on behalf of Trustee James Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Karl C. Koonmen    on behalf of Debtor Sandra Gleim kkoonmen@charter.net
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Timothy F. Horning    on behalf of Creditor  Northwest Bank of Rockford thmeyerhorning@aol.com
                                                                                             TOTAL: 5