**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GLEIM, SANDRA § Case No. 11-80622
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $186,200.00     Assets Exempt: $14,909.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,146.26     Claims Discharged
                                                Without Payment: $59,725.53

Total Expenses of Administration: $1,264.98

3) Total gross receipts of $ 4,411.24 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,411.24 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $172,024.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,264.98 | 1,264.98 | 1,264.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 62,117.53 | 45,843.26 | 45,843.26 | 3,146.26 |
| **TOTAL DISBURSEMENTS** | $234,141.53 | $47,108.24 | $47,108.24 | $4,411.24 |

    4) This case was originally filed under Chapter 7 on February 18, 2011. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/17/2012           By: /s/JAMES E. STEVENS
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Estimated Tax Refund | 1124-000 | 4,411.00 |
| Interest Income | 1270-000 | 0.24 |
| **TOTAL GROSS RECEIPTS** | | **$4,411.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Nw Bank Rkfd | 4110-000 | 141,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Nw Bank Rkfd | 4110-000 | 22,766.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 4110-000 | 8,233.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$172,024.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,102.81 | 1,102.81 | 1,102.81 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.72 | 3.72 | 3.72 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 8.45 | 8.45 | 8.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,264.98 | $1,264.98 | $1,264.98 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,629.00 | 13,115.23 | 13,115.23 | 900.11 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 10,410.00 | 10,410.01 | 10,410.01 | 714.44 |
| 3 | Capital One,N.A | 7100-000 | 2,502.00 | 2,502.20 | 2,502.20 | 171.73 |
| 4 | GE Money Bank | 7100-000 | 4,790.00 | 2,981.42 | 2,981.42 | 204.62 |
| 5 | GE Money Bank | 7100-000 | N/A | 1,809.21 | 1,809.21 | 124.17 |
| 6 | GE Money Bank | 7100-000 | 3,095.00 | 3,095.39 | 3,095.39 | 212.44 |
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | 11,663.00 | 11,929.80 | 11,929.80 | 818.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Hsbc Best Buy | 7100-000 | 2,173.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 11,691.00 | N/A | N/A | 0.00 |
| NOTFILED | Nbgl Bergner | 7100-000 | 805.00 | N/A | N/A | 0.00 |
| NOTFILED | Social Security Administration | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Rosecrance | 7100-000 | 2,259.53 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $62,117.53 | $45,843.26 | $45,843.26 | $3,146.26 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-80622  
**Case Name:** GLEIM, SANDRA  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/18/11 (f)  
**§341(a) Meeting Date:** 03/24/11  

**Period Ending:** 05/17/12  
**Claims Bar Date:** 08/16/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   10740 Chicory Ridge Way, Roscoe, IL 61073   Orig. Asset Memo: Imported from original petition Doc# 1 | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2   Northwest Bank - Checking   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 3   Household Goods   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4   Clothing   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 5   TSP thru employer   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 6   2010 Estimated Tax Refund   Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 4,411.00 |  | 4,411.00 | FA |
| 7   2006 GMC Envoy   Orig. Asset Memo: Imported from original petition Doc# 1 | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 8   1995 Ford Escort (son's car)   Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 9   2010 income tax refunds state and federal  (u)  (See Footnote) | 0.00 | 0.00 | DA | 0.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A |  | 0.24 | FA |
| **10   Assets   Totals** (Excluding unknown values) | **$190,200.00** | **$4,411.00** |  | **$4,411.24** | **$0.00** |

RE PROP# 9    ADDED IN ERROR WAS LISTED ON ORIGINAL SCHEDULE

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80622  
**Case Name:** GLEIM, SANDRA  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/18/11 (f)  
**§341(a) Meeting Date:** 03/24/11  

**Period Ending:** 05/17/12  
**Claims Bar Date:** 08/16/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011   **Current Projected Date Of Final Report (TFR):**   February 13, 2012 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-80622  
**Case Name:** GLEIM, SANDRA  

**Taxpayer ID #:** **-***3788  
**Period Ending:** 05/17/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-65 - Checking Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/11 | {6} | Sandra Gleim | unexempt portion of income tax refund | 1124-000 | 4,411.00 | | 4,411.00 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #11-80622, Bond #016018067 | 2300-000 | | 3.72 | 4,407.28 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,407.31 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,407.34 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 8.45 | 4,398.89 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,398.92 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,373.92 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,373.95 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,348.95 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,348.98 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,323.98 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,324.01 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,299.01 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,299.04 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,274.04 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,274.07 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,249.07 |
| 04/04/12 | 1002 | JAMES E. STEVENS | Dividend paid 100.00% on $1,102.81, Trustee Compensation;   Reference: | 2100-000 | | 1,102.81 | 3,146.26 |
| 04/04/12 | 1003 | Discover Bank | Dividend paid   6.86% on $13,115.23; Claim# 1; Filed: $13,115.23; Reference: | 7100-000 | | 900.11 | 2,246.15 |
| 04/04/12 | 1004 | Capital One Bank (USA), N.A. | Dividend paid   6.86% on $10,410.01; Claim# 2; Filed: $10,410.01; Reference: | 7100-000 | | 714.44 | 1,531.71 |
| 04/04/12 | 1005 | Capital One,N.A | Dividend paid   6.86% on $2,502.20; Claim# 3; Filed: $2,502.20; Reference: | 7100-000 | | 171.73 | 1,359.98 |
| 04/04/12 | 1006 | GE Money Bank | Dividend paid   6.86% on $2,981.42; Claim# 4; Filed: $2,981.42; Reference: | 7100-000 | | 204.62 | 1,155.36 |
| 04/04/12 | 1007 | GE Money Bank | Dividend paid   6.86% on $1,809.21; Claim# 5; Filed: $1,809.21; Reference: | 7100-000 | | 124.17 | 1,031.19 |
| 04/04/12 | 1008 | GE Money Bank | Dividend paid   6.86% on $3,095.39; Claim# 6; Filed: $3,095.39; Reference: | 7100-000 | | 212.44 | 818.75 |
| 04/04/12 | 1009 | FIA Card Services, NA/Bank of America | Dividend paid   6.86% on $11,929.80; Claim# 7; Filed: $11,929.80; Reference: | 7100-000 | | 818.75 | 0.00 |

Subtotals :    $4,411.24        $4,411.24

{} Asset reference(s)                                                                                                              Printed: 05/17/2012 07:30 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-80622  
**Case Name:** GLEIM, SANDRA

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-65 - Checking Account

**Taxpayer ID #:** **-***3788  
**Period Ending:** 05/17/12

**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 4,411.24 | 4,411.24 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,411.24 | 4,411.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,411.24** | **$4,411.24** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******44-65** | 4,411.24 | 4,411.24 | 0.00 |
| | $4,411.24 | $4,411.24 | $0.00 |